UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:22-CR- 314-MOC |
| | ) |
| v. | ) UNDER SEAL |
| | ) **MOTION TO SEAL THE INFORMATION** |
| CHRISTOPHER HERWIG | ) |
| | ) |

NOW COMES the United States of America, by and through **Dena J. King**, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Information, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court to protect the secrecy of the on-going nature of the investigation in this matter.

Respectfully submitted, on this day 19th day of December, 2022.

**DENA J. KING**
UNITED STATES ATTORNEY

*/s/ Daniel Ryan*
Daniel Ryan
Assistant United States Attorney
United States Attorney's Office
227 West Trade Street, Suite 1650
IL Bar 6279737
Charlotte, N.C. 28202
Telephone: (704) 338-6222
Fax: (704) 344-6629
E-mail: daniel.ryan@usdoj.gov